AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| Cory Gamsjager | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-12963 |
| Caine & Weiner Company, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jefferson Capital Systems, LLC; Dynamic Recovery Solutions, LLC    .

Date:   12/20/2021

s/ Andrew E. Cunningham
*Attorney's signature*

Andrew E. Cunningham - 6314441
*Printed name and bar number*

Sessions, Israel & Shartle, LLC
141 W. Jackson Boulevard, Suite 3550
Chicago, Illinois 60604

*Address*

acunningham@sessions.legal
*E-mail address*

(312) 578-0992
*Telephone number*

(877) 334-0661
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, a true and correct copy of the foregoing **Attorney Appearance Form** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Andrew E. Cunningham*
Andrew E. Cunningham

*Attorney for Defendants*
*Jefferson Capital Systems, LLC and Dynamic Recovery Solutions, LLC*